ORIGINAL

FILED IN OFFICE
U.S.D.C. Atlanta

JAN 30 2003

LUTHER D. THOMAS
By: /s/
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAUDE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:01-CV-1152-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., ) | |
| TURNER SPORTS, INC., TURNER ) | |
| ENTERTAINMENT GROUP, INC., and ) | |
| TURNER BROADCASTING SYSTEM, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' NOTICE OF FILING APPENDIX

Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc., Turner Entertainment Group, Inc., and Turner Broadcasting System, Inc. (collectively "Defendants") hereby serve notice that they are filing herewith in the above-captioned case an Appendix containing copies of relevant deposition testimony and exhibit documents in support of Defendants' Motion for Summary Judgment filed with this Court.

79

This 30th day of January, 2003.

_____
JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

CLAUDE PATTERSON,                       )
                                        )
                  Plaintiff,            )
                                        )   CIVIL ACTION FILE
v.                                      )
                                        )   NO. 1:01-CV-1152-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,     )
TURNER SPORTS, INC., TURNER             )
ENTERTAINMENT GROUP, INC., and          )
TURNER BROADCASTING SYSTEM, INC.,       )
                                        )
                  Defendants.           )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of DEFENDANTS ' NOTICE OF FILING APPENDIX upon the interested parties by hand delivery to:

> Cary Ichter
> Kelly Jean Beard
> Charles Gernazian
> Michelle M. Rothenberg-Williams
> MEADOWS, ICHTER AND BOWERS, P.C.
> Fourteen Piedmont Center, Suite 1100
> 3535 Piedmont Road
> Atlanta, GA  30305

This 30th day of January, 2003.

_____
EVAN H. PONTZ
Georgia Bar No. 583577

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)