IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLAUDE PATTERSON,                          )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )
                                           )
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., TURNER               )
ENTERTAINMENT GROUP, INC., and            )
TURNER BROADCASTING SYSTEM, INC.,         )
                                           )
                    Defendants.           )

FILED IN CLERK'S OFFICE

JAN 30 2003

LU~...
By:
CIVIL ACTION FILE _____ Clerk
                         Deputy Clerk

NO. 1:01-CV-1152-CC

## APPENDIX OF DEPOSITION EXCERPTS

INDEX

1.    Deposition of James A. Morrison

2.    Deposition of Claude Patterson

3.    Deposition of Vincent J. Russo



# EXHIBIT / ATTACHMENT

**(To be scanned in place of tab)**

1

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3    DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
 4    SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
             TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5    SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6    WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7    REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8    EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9    ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10    NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11    WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12    PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13           CIV. FILE NO. 1:00-CV-1152-CC;

14

15

16    _____

17                DEPOSITION OF JAMES A. MORRISON
                          MAY 17, 2002
18                        10:10 A.M.

19    _____

20

21

22

23

24

25
```

1    front of you, which is the E-mail about Thunderbolt

2    Patterson?

3           A      Uh-huh.

4           Q      In that E-mail, after various inquiries

5    about Mr. Patterson calling Dr. Schiller, you wrote an

6    E-mail to Bill Busch saying, "I returned this call this

7    morning at 10:00 a.m.  I've known Thunderbolt for 30

8    years.  He is obviously looking for a position with WCW,

9    and I don't see anything for him at this time."

10          A      Uh-huh.

11          Q      The position that Mr. Patterson was looking

12   for was as a booker; correct?

13          MR. PONTZ:  Object to the form of the question.

14          THE WITNESS:  I don't remember every part of the

15   specific conversation.  But it was something like, well,

16   your ratings are down.  You know, I could come in and start

17   writing your TV and I can get you ratings.

18                 Well, there are, in my position, I get a lot

19   of those phone calls from people that are talent, not so

20   many from people that want to do the creative side, but

21   actually to a much lesser degree.

22                 And like I said, I've known Claude for 30

23   years.  When I broke into the business, he was wrestling.

24   I think I wrestled him.  When I started full-time, he was a

25   main eventer in Charlotte, drew a lot of money.  And I

1    benefitted from that.  He was a very charismatic guy.

2              But he has never had any experience, to my

3    knowledge, booking, matchmaking, writing TV.  And there

4    have been a lot of successful people in wrestling who as

5    performers in their own career have done very well, but

6    once they're responsible for the big picture and 25 or 30

7    guys and eight or ten matches instead of one, that's not

8    what they excel at.

9    BY MR. ICHTER:

10        Q      Well, did you --

11        A      And talking to Thunderbolt, you know, he had

12   never done -- he's not a kid.  I'm older than he is.  I

13   don't know exactly how old he is.  But I, if you'd have

14   asked me, I would have thought he's probably a couple years

15   younger than I am.

16              So you know --

17        Q      Did he say he wanted to be the head booker?

18        A      I don't remember his exact words, but that

19   he wanted to come in and, you know, take over creative and

20   write TV.

21        Q      Before Glen Gilberti, Disco Inferno, came

22   into the WCW, did he have any experience being a booker?

23              MR. PONTZ:  Object to the form of the question.

24              THE WITNESS:  I don't know.

25   BY MR. ICHTER:

210

1          THE WITNESS:  I don't know.

2    BY MR. ICHTER:

3          Q       Did anyone ask Mr. Patterson to come in for

4    an interview?

5          A       No.

6          Q       Did anybody give him anything but the bum's

7    rush saying, essentially, thanks but no thanks in a single

8    phone call?

9          MR. PONTZ:  Object to the form of the question.

10         THE WITNESS:  Yeah.  I mean, you know, I take

11   offense to -- I don't think I gave him the bum's rush.  I

12   gave him the courtesy.  And I think our phone call was a

13   rather lengthy one, as I remember it.

14   BY MR. ICHTER:

15         Q       Well, he wasn't asked to come in, he wasn't

16   invited for an interview, and he didn't get any more

17   consideration than a single phone call back; correct?

18         MR. PONTZ:  Object to the form of the question.

19         THE WITNESS:  My typical answer to people that

20   call, some of which I know on a personal basis, some of

21   which I don't is, you know, I will mention it, throw your

22   name in the hat, see what the response is, and if there's

23   interest, I will get back to you.

24   BY MR. ICHTER:

25         Q       You say in your E-mail, "I told Patterson

1    that I would discuss the matter with Bill Busch, which I

2    have."

3            A      Yes.

4            Q      What was your discussion with Bill Busch?

5            A      I just told him that I've known Thunderbolt

6    for 30 years.  He was a main event performer.  He's been

7    out of wrestling to my knowledge for, I've been here for

8    five years, and I've been in the WWF for eight years, he's

9    been out of wrestling for maybe 15 years that I know of and

10   has no experience doing this.

11              So if you're -- if I had to express an

12   opinion, here's a guy who picks up the phone and calls

13   somebody who hasn't been in wrestling for 15 years, that

14   has no experience doing that job.  And I do remember going

15   up to the booking committee, and I don't know who was in

16   there that day, but saying, you know, Thunderbolt Patterson

17   called and expressed an interest in booking.

18              A lot of times, guys would, okay, and not

19   even comment.  But it was thrown out there.  The name was

20   mentioned in case somebody had a personal experience with

21   him that I wasn't aware of and said, you know, he's been

22   out of wrestling, but did you know, no, I didn't know.

23           Q      Could he have been an agent?

24           MR. PONTZ:  Object to the form of the question.

25           THE WITNESS:  I don't know.



# EXHIBIT / ATTACHMENT

## 54

**(To be scanned in place of tab)**

**From:** Dillon, JJ
**Sent:** Friday, October 15, 1999 5:15 PM
**To:** Busch, Bill
**Subject:** RE: msg. that came to HWS

I returned this call this morning at 10:00 AM    I've known "Thunderbolt" for thirty years.    He is obviously looking for a position with WCW, and I don't see anything for him at this time, though I told Patterson that I would discuss the matter with Bill Busch, which I have.
Thanks.
"J.J."

——Original Message——
**From:** Busch, Bill
**Sent:** Tuesday, October 12, 1999 1:34 PM
**To:** Daves, Katherine
**Cc:** Dillon, JJ
**Subject:** RE: msg. that came to HWS

Thanks - I will have JJ follow-up on this.

Bill

——Original Message——
**From:** Daves, Katherine
**Sent:** Tuesday, October 12, 1999 1:13 PM
**To:** Busch, Bill
**Subject:** FW: msg. that came to HWS

This gentleman called today. Wanted you to know I had previously listed his number as 404/763-3927 and it's actually 3937. I explained there was an error in his number and that we would relay the message again. You may have tried him but not received an answer as it had the wrong number included. I think he might be crazy, so you may not want to call him back, however in case you tried I wanted you to know the number was wrong that we gave you.    He doesn't seem to get that he needs to call your office and keeps asking for us to have Dr. Schiller call him back.

——Original Message——
**From:** Daves, Katherine
**Sent:** Tuesday, September 28, 1999 1:42 PM
**To:** Busch, Bill
**Subject:** msg. that came to HWS

Thunderbolt Patterson called from Athletes in Support of Kids. Said he's calling regarding WCW and some suggestions on ratings. Says he's a former wrestler. I don't know how you want me to handle these calls since there are so many parties that have been checking with us about WCW issues. I explained to him that Dr. Schiller had been forwarding the calls concerning WCW operations to you as you were head of the organization and reported to Dr. Schiller. Most of the time people still insist they want to leave a message for HWS as well. Should you feel someone should follow up with Patterson his number is 404/763-3937.

Thanks.



PLAINTIFF'S
EXHIBIT

5 7-

Page 1

**WCW 009232**
**CONFIDENTIAL**



# EXHIBIT / ATTACHMENT

## 2

(To be scanned in place of tab)

Page 1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION

3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING,  INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10  NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11  WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12  PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., and TURNER ENTERTAINMENT GROUP,
13  INC., CIV. FILE NO. 1:00-CV-1152-CC;

14

15          VIDEOTAPED DEPOSITION OF CLAUDE PATTERSON
                      MARCH 1, 2002
16                     10:00 A.M.

17

18

19

20

21

22

23

24

25              CERTIFIED COURT REPORTERS

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-5773

Page 20

```
 1        Q     Are all the relatives that you spoke about
 2   before living in this state?
 3        A     No -- my daughters are here.
 4        Q     Your daughters are here?
 5        A     Yes, granddaughters, grand kids and great
 6   grand kids and ex-wife.
 7        Q     One of your ex-wives?
 8        A     Yes.
 9        Q     Are both of your ex-wives still alive?
10        A     I know one of them is.  I don't know about
11   the other one.
12        Q     Which ex-wife is living here in this
13   state?
14        A     Betty Campbell.
15        Q     Let's talk about your experience in
16   professional wrestling.  When did you first become
17   involved in professional wrestling?
18        A     1965.
19        Q     Where was that?
20        A     Kansas City, Missouri.  Waterloo, Iowa.
21   Used to come to my hometown.
22        Q     And who did you wrestle with in 1965?
23   What company or organization?
24        A     National Wrestling, NWA.
25        Q     And how long did you wrestle with the NWA
```

Page 35

```
 1        Q      Last year or two?

 2        A      Yes, just before they closed down.

 3                            (Whereupon, the court
                              reporter marked Patterson
 4                            Exhibit No. 2 for
                              identification.)
 5        Q      (By Mr. Richardson)  If you would, Mr.

 6   Patterson, just look at the documents that I've just

 7   handed you, collective documents that are Exhibit

 8   Patterson 2, tell me if you have seen those documents

 9   before.

10        A      Uh-huh.

11        Q      What are these documents?

12        A      Pay, draws, draws and pay.

13        Q      What are draws?

14        A      When you go to the place and they let you

15   have a draw on the money that you're going to make at

16   the place because you ain't got no money.

17        Q      I'm unfamiliar with the type of pay

18   arrangement.  Could you just generally describe how it

19   would work, that you would get paid for an event?

20        A      You mean now?  Then?

21        Q      For these events.

22        A      They pay you by check at the end of the

23   week, but during the week, wherever you go, they give

24   you a draw.  And as you see on these ten places, I

25   wasn't going to too many different places.  These was
```

Page 36

1    the tail end of the part that I was working a little

2    bit before they got rid of me altogether.

3           Q    So you did some wrestling for World

4    Championship Wrestling in '90 and you did this Old

5    Timers Event in the early '90s?

6           A    It was '93.

7           Q    '93?

8           A    Yes.

9           Q    Do you recall doing any wrestling for WCW

10   between '90 and '93, between these events that are here

11   in Patterson 2?

12          A    A little bit.  A little bit.  Just like

13   these here, like a cow in the road, they never would

14   give me no steady work, never would give me the

15   Pay-Per-Views or the house shows that was making some

16   money.  You can go into their records and you can see

17   comparing to this, dollars and cents, it don't even

18   touch nothing.  And I mean -- and I'm a similarity to

19   the Hulk Hogans, the Dusty Rhodes, the Randy Savages,

20   the Goldbergs or the Lex Lugers, the Stings, and we're

21   the same age, some of them.

22          Q    Between '90 and '93, can you estimate how

23   many events you worked a year?

24          A    I can't, no.  I can't.  If -- my stuff is

25   strode.  I can't say -- I couldn't say.  You got all

1    the records with them.  They got all the records.  They

2    can tell you.  Why don't you give us that?

3         Q    You don't recall whether you were working

4    more than once a month?

5         A    I'd like for you to give that to my

6    lawyers, because they got all that.  Give my lawyers

7    all the time that I worked with them.

8         Q    Well, I'm asking for your recollection.

9         A    I'm telling you I don't recollect.  I need

10   some help on it.  And I'd like for you to make that

11   available for my lawyer so they can see what it was.

12        Q    You don't recall whether you worked more

13   than once a month in a particular year?

14        A    I worked like in the road, you know, a cow

15   in the road.  I can't say the word.  But I mean, TV --

16   I worked on the TVs where the exposure -- where they

17   would -- what's the word for it? -- show the people a

18   picture that I'm there, but I ain't, show the people on

19   TV that I'm working, but I'm not getting no work.  You

20   follow what I'm saying?

21        Q    You mean people that you were wrestling --

22        A    No, no, no, no.  I'm talking about the

23   public.  I'm talking about the people on the

24   television, the people that paid -- my fans, making

25   fools out of my fans that I'm there, but I don't get

Page 38

1  the Pay-Per-Views, I don't get the house shows.  Didn't

2  get them.  I was begging to get this.  I had to beg to

3  get this.

4          And that was not only '90.  I'm talking

5  about I begged 2001, 2000, '99, '98, all the way on

6  back to this here.  Been begging ever since.  Asked

7  them for a job, a way to take care of my family.  You

8  all have the billings that every one of them got

9  from -- I won't say Ted Turner, but all of the rest of

10  them, all the way down to the top wrestler.  Not the

11  low ones.  All of the in-betweens, all of the ability

12  here, but they overlook or make a mock out of me

13  because I'm black.

14          And I want to be treated fair and equal,

15  just a job, take care of my family, but I have to go

16  through this here just because I want my equal rights

17  of a business that they taught me how to do from one

18  thing -- from top to bottom.  Wouldn't even let me

19  train individuals.  Bobby Walker, Carr, wouldn't let me

20  train them.  Rick Reeves, Dusty Hawk.  Stole my

21  charisma.

22          Q    After that Old Timers Event --

23          A    And can I say one thing?

24          Q    Absolutely.

25          A    Ole -- not Ole, but Jody confirmed all of

Page 39

1    what I'm just saying.  Stole them.  Stole them.  His

2    words was they should be paying me off half of their

3    money.  Stole all of the stuff that I do.  Because you

4    know what their motto was, what George Scott was?  "We

5    take a nigger off of a garbage truck and make him

6    because we're going to only use him so much.  You

7    nigger stay in your place.  Where can you go and make

8    this kind of money?"

9            And I wasn't making no money at all.  But

10   the token niggers wasn't making what none of your white

11   people that you are representing -- all the white

12   people that you're representing make more money than

13   all the black people that's in -- that you're

14   defending.  You probably make less than some of them.

15        Q    Since '93, when you did the Old Timers

16   Event --

17        A    Yes, sir.

18        Q    -- have you done any work for WCW?

19        A    That was -- this was the times when --

20   after Ice Train, Ice Train, the Steiners --

21        Q    Okay.

22        A    -- yes, uh-huh.  And they nipped all that,

23   nipped all that, all that was time -- yes.

24        Q    So you did -- for some period of time, you

25   were a manager for Ice Train?

1          A     I was out there.  I went -- when they were

2    introducing him, like I said a moment ago -- excuse me,

3    they say we was going to do all this and do all that,

4    but they just went out there to get my recognition of

5    being with Ice Train.  And then when it come down to a

6    contract and a job, Eric Bischoff, Busch said no.  They

7    took Ice Train, but they didn't take me.  Why?  Was I

8    not qualified?  Not talking anything else.  We're

9    talking about wrestling, professional wrestling.  Was I

10   not qualified to be a trainer, to be an announcer, to

11   be a booker, to be an owner, whatever?  Was I not

12   qualified?

13              MS. ROTHENBERG:  Can we take a five-minute

14   break?

15              MR. RICHARDSON:  Yes.

16              MS. ROTHENBERG:  Or a ten-minute break.

17              (Whereupon, there was a brief recess.)

18          Q     (By Mr. Richardson)  Coming back from our

19   break, Mr. Patterson, during the time that -- at any

20   point in time did you ever sign a written agreement

21   with WCW?

22          A     No.  I asked for a contract, but they sure

23   wouldn't give me none.

24          Q     When you did do work for WCW, who asked

25   you to do that work or who --

Page 41

1      A      The bookers, bookers.

2      Q      Who hired you to do that work?

3      A      The booker.

4      Q      Who is the booker?

5      A      At that time, Ole was the booker, and then

6   Eric Bischoff was the booker, took over after Ole.

7   Then they -- you know how they put schedules, they put

8   your name on a schedule, piece of paper, pass it

9   around, and that's how you know where you are.

10     Q      Do you recall what period of time it was

11  that Ole Anderson was the booker?

12     A      Ole Anderson was the booker for a long

13  time.  I don't know what the period was, but when

14  Bischoff moved Ole out, back to back, and then Ole came

15  back.  That's the only way I could get some work when

16  the places got down.  Ole knew talent.  All them big

17  money and stuff and whatever, they wasn't drawing no

18  money.  But they wouldn't give me none.  But Ole would

19  get me a little piece of work, a tease, all they would

20  let him do.

21     Q      You think Ole Anderson would have given

22  you more if they had -- if somebody else had let him?

23     A      Certainly.  He told me that Barney -- he

24  told me also Robert Fuller, which was a booker -- not a

25  booker, yeah, a booker, a manager, he also told me in

Page 50

1    Turner Entertainment?

2         A      I've answered questions.

3         Q      Would it be the same as to Turner

4    Broadcasting Systems?

5         A      I've answered them questions.

6         Q      Let's talk about what relationship, if

7    any, you have with some other folks who filed lawsuits

8    against WCW for discrimination.  Do you know Tony Carr?

9         A      Yes, I do.

10        Q      Did you know Tony Carr before you filed

11   your lawsuit?

12        A      He worked for me.

13        Q      Where did he work for you?

14        A      I have a business.  You didn't ask me that

15   from the get-go.

16        Q      And what is your business?

17        A      Athletes Supporting Kids.

18        Q      Is that a corporation?

19        A      Yes, it is.

20        Q      Is that for profit or not for profit?

21        A      Nonprofit.

22        Q      And are you the only owner?

23        A      I'm the executive director.

24        Q      Who owns Athletes Supporting Kids?

25        A      I do.  My board does.  We do.

Page 51

| | | |
|---|---|---|
| 1 | Q | Who is on your board other than you? |
| 2 | A | By name? |
| 3 | Q | Yes. |
| 4 | A | All of them? |
| 5 | Q | How many board members do you have? |
| 6 | A | I think seven. |
| 7 | Q | Are there any current or former |

professional wrestlers on your board?

| | | |
|---|---|---|
| 9 | A | No. |
| 10 | Q | And how long have you been involved with |

Athletes Supporting Kids?

| | | |
|---|---|---|
| 12 | A | Since '91. |
| 13 | Q | Did you start that yourself? |
| 14 | A | No. |
| 15 | Q | How did you acquire that? |
| 16 | A | I needed a job when I couldn't get none, |

when I couldn't get no work.  I had a job -- I had to

get a job.  I started working there.

| | | |
|---|---|---|
| 19 | Q | And what do they do?  What does Athletes |

Supporting Kids do?  It's a group home?  They run a

group home?

| | | |
|---|---|---|
| 22 | A | Uh-huh. |
| 23 | Q | Now, you started working there in '91? |
| 24 | A | Uh-huh. |
| 25 | Q | And how long -- |

1    working, they don't want to fool with you anyway.  You

2    trouble.  They don't want to fool with trouble-making

3    niggers," but I was Thunderbolt Patterson with the

4    Steiners to -- Ole understood my drawing ability, my

5    namesake, then they -- somebody shut that off.  I'd

6    like to know who, too.

7         Q     You don't know who made the decision to

8    shut that down?

9         A     I don't know who made none of all of them

10   decisions because they come from the top down.

11   Everybody that you say doing is lying about what they

12   said done.  Somebody making some decisions over there.

13        Q     When that happened back in '93, did they

14   hire somebody else to manage the Steiners, to replace

15   you as manager?

16        A     Bischoff said they didn't want no more

17   managers.  Bischoff said, "We don't need no managers."

18   Two weeks after that, Jody Hamilton was out the

19   managing.

20        Q     The Steiners?

21        A     Not the Steiners.  Managing.

22        Q     If I could, let me just try and keep you

23   at what happened with the Steiners and then we'll go to

24   the next folks, who the next folks were.

25             MS. ROTHENBERG:  I think he was testifying

1    asking me what could I contribute to WCW, and he hired

2    Kevin Sullivan.  All of them -- Kevin Sullivan, Hart,

3    Kevin Nash, all them individuals after me, and I was a

4    known name recognition that could be marketed and draw

5    people and wrestle and work, commentate, manage and

6    book.  All of the qualifications that all of them

7    individuals that they had there at that time was not in

8    my league even.  That's the reason that organization

9    crumbled because they picked the majority of white

10   people in those positions that didn't know what they

11   was doing, or friends or whatever.

12        Q     Paragraph 47 says, "Upon information and

13   belief, defendants later offered a contract to Ice

14   Train and hired a white male to manage him."

15             Do you know who the white male that was

16   hired to manage him -- do you know his name?·

17        A     They put some people -- I can't -- not

18   offhand.  I can't think.  They brought several people

19   in managing after -- but I can't think of it now at

20   this point.

21        Q     Do you recall the name of any managers

22   that were hired after he told you no, after Eric

23   Bischoff told you he wasn't going to hire you as a

24   manager?

25        A     Look, I mean, they used people that they

1  individuals that you mentioned --

2         MS. ROTHENBERG:  Objection; asked and

3  answered.

4    Q    (By Mr. Richardson)  -- is that correct?

5         The second sentence in Paragraph 48 says,

6  "Instead, defendant suggested that plaintiff work for

7  them without a contract for $100 per television taping

8  he attended."

9         Who suggested that to you?

10   A    Here that is, here that is the same thing

11  they was doing then, that was Ole Anderson.  For

12  whatever reason, there it is right here, same thing you

13  gave me a while ago, that $100, them draws.  Remember

14  them $100?

15   Q    Yes.  Is that Exhibit 2 that you're

16  referring to?

17   A    Yes.

18         MS. ROTHENBERG:  For the record,

19  Defendant's Exhibit 2.

20         THE WITNESS:  I begged for a contract.

21  Then I think they went to $150 a show.

22   Q    (By Mr. Richardson)  Paragraph 49 says,

23  "Throughout 1994 and 1995, plaintiff contacted

24  defendants via telephone and in person to apply for a

25  position as a wrestler or booker and/or manager.

Page 94

1    obvious, wasn't it?

2         Q     The '94/'95 time frame, what, if anything,

3    did Ole Anderson tell you about a position as a

4    wrestler or booker or other manager?

5         A     That he couldn't do it, they wouldn't

6    allow him to do it.

7         Q     Do you have an understanding of who made

8    the decision?

9         A     No, no.  The powers, so that's

10   questionable, you know.  Did it go all the way up to

11   Ted or did it come down from the wrestling people?

12   That's questionable who done that.

13        Q     Again, you wouldn't know what they based

14   that decision on?

15              MS. ROTHENBERG:  Objection.  He's

16   testified that he believes it was based on his race

17   several times.

18        Q     (By Mr. Richardson)  It's your belief that

19   it was because of race; is that right?

20        A  ·  Thunderbolt and racial, racial, denial,

21   teaching a lesson.

22        Q     But no one ever told you why they --

23        A     Ole told me.  Ole told me and Robert

24   Fuller told me, for me to think that I could be a

25   promoter or a booker or owner or be equal to any of

Page 95

1    those people.

2          Q     But Ole Anderson wasn't a decision-maker?

3          A     Ole Anderson was signing -- was signing

4    the contracts at that time until Bischoff took over,

5    but when it came to me, go back to the old school,

6    because you asked me a while ago was they holding a

7    vendetta because of me being black and me being who I

8    am, trying to get everybody to duplicate me, but not

9    have me.  Deny me my rights, deny me to make money.

10   Very low, very low thing in a company that Ted Turner

11   got any part of being -- getting the Trump Award.  Very

12   low.  If anybody knew anything about that -- that's a

13   very low thing to be affiliated with an organization

14   that treat black people the way they treated Rocky, the

15   way they treated Tony and the way they're treating

16   Bobby.  It's a shame.  And knowing it, publicly knowing

17   it and on record at EEOC.

18         Q     Let's go to the next page, Paragraph 50.

19         A     Fifty.

20         Q     "In or about 1995, Eric Bischoff told

21   plaintiff that he was too old to work for defendants

22   and that defendants did not need any more people

23   working as managers."

24               We've already discussed that conversation;

25   right?

```
1          A      Yes, we did.

2          Q      And Paragraph 51, "Upon information and

3    belief, in or about 1995, defendants employed similarly

4    situated white individuals as wrestlers and managers.

5    Furthermore, defendant created management positions for

6    similarly situated white wrestlers."

7                 Now, as far as wrestlers and managers, you

8    gave me some names of people who were hired that you

9    thought were similarly situated.

10         A      Uh-huh.

11         Q      Is there anyone else you want to add to

12   that list?

13         A      Oh, there's a number of individuals.  All

14   of the individuals that ended up with them -- I mean,

15   you know the names.  All the individuals that ended up

16   with them when they shut down and then go back to the

17   Ric Flairs, the Dusty Rhodes, the Hulk Hogans, the

18   Randy Savages, the Sid Vicious, all of them

19   individuals, and half million dollar contracts,

20   $250,000 contracts.  I couldn't even get a contract.

21   Something ain't right here.

22         Q      Now, in this '95 time frame, do you know

23   who was making the decision to hire wrestlers and

24   managers?

25         A      You know more about that than I would.
```

Page 97

```
 1         Q      So you don't know?
 2         A      You would know more about that than I do.
 3    I don't know.  If Bischoff was there, Bischoff was the
 4    one.  Bischoff was there.  He was the one, the hiring
 5    and firing and -- speaking of '95; is that right?
 6         Q      Right.
 7         A      I believe also during that time that
 8    J.J. Dillon moved on up the ladder a little bit over to
 9    the decision-making stuff, too, behind the scenes,
10    across where the wrestlers couldn't go.  Known racist.
11         Q      J.J. Dillon?
12         A      Yes, sir.
13         Q      In this time frame, '93 -- going '93
14    forward, has J.J. Dillon ever made any racist or
15    derogatory comments towards you?
16         A      I talked with J.J. Dillon about a job.  I
17    called Busch's office seeking to talk with Busch.  His
18    secretary told me that she would have him call me, but
19    they had J.J. Dillon to call me.
20         Q      Let me just ask you to pause for a second
21    and take a look at Paragraph 53 and 54 of your
22    Complaint --
23         A      Uh-huh.
24         Q      -- those paragraphs referring to that, the
25    call you made to Bill Busch, and J.J. Dillion returning
```

1    the call.

2         A     Uh-huh, J.J. Dillon returned the call.

3         Q     And this was in late 1999 or early 2000?

4         A     Uh-huh.

5         Q     Tell me as much as you can remember about

6    what was said in that conversation.

7         A     That they had scriptwriters, they had

8    somebody coming in, and that I wouldn't fit into what

9    they're doing now and that they don't need my services.

10   I stated to him that -- as it was back then, that he

11   was a racist, that I needed to talk to his boss, but he

12   was the go-through person and I never heard anything

13   else from Busch or that office.

14        Q     When you said that they had

15   scriptwriters --

16        A     That's when they brought in that Russo.  I

17   think that's when the Russo was coming on the scene,

18   coming off the New York -- that's when the WCW was

19   stealing Power Play, stealing all the people down --

20   Eric Bischoff was making his move to take over and

21   Russo come in.  That's a vicious dog.

22        Q     So when J.J. Dillon told you that they had

23   a scriptwriter, then that was true, to your

24   understanding?

25        A     That's what he said.  I asked him about

Page 99

1    booking, booking or a job in any capacity.  Still

2    had -- when they closed down, they had a booking

3    committee, and that scriptwriter was not a wrestler,

4    didn't know nothing about wrestling.  He just happened

5    to come out from the soap opera mentality from New

6    York, wife and kids and daughters, and just soap

7    operas, portraying evil things.  Soap operas.  Not

8    about wrestling at all.  I mean, nothing but a trip.

9        Q    So this was -- what Vince Russo was doing

10   was different, was a different kind of --

11       A    They ran it on into the ground.

12       Q    It was different than booking, as you

13   understood it or as you practiced it?

14       A    They was still doing the booking.  They

15   still had to do booking.  You cannot get away from

16   booking.  You just had some smart person think they

17   know what to do to try to change it all from the

18   wrestling to Hollywood.

19           MS. ROTHENBERG:  Is this a good time to

20   take five?   .

21           MR. RICHARDSON:  Yes.

22           (Whereupon, there was a brief recess.)

23       Q    (By Mr. Richardson)  We're back from our

24   break.  I wanted to ask you a little bit more about

25   J.J. Dillon.  At the point in time when you spoke to

Page 101

```
 1                    MS. ROTHENBERG:  That's true.
 2         Q      (By Mr. Richardson)  Have you ever
 3    wrestled J.J. Dillon?
 4         A      Yes.
 5         Q      Many times?
 6         A      A few times.  He wasn't in my category.
 7         Q      He was a mid-card or a lower-card
 8    wrestler?
 9         A      Yes.  He was lower, uh-huh.  Put him at --
10    he couldn't wrestle, so put him as manager and he was
11    office.  Office person, I mean.
12         Q      What made you believe that J.J. Dillon was
13    a racist?
14         A      Oh, events and things that happened over
15    years.
16         Q      Can you give me an example of something?
17         A      Calling folks niggers, calling people
18    niggers years ago, and being caught in situations that
19    was clearly not pertaining to wrestling, and the way he
20    acted of his status of wrestling and how he was close
21    to office and the decisions and the outcomes of
22    different events.
23         Q      So over time, you've personally heard him
24    use racial slurs --
25         A      Yes.
```

Page 100

1    J.J. Dillion on the telephone in late '99 or early

2    2000, did you understand whether he had any authority

3    to hire you?

4         A    Power, he was over on the power side.

5         Q    So you believe he did have the authority

6    if he wanted to?

7         A    Yes.  Power.  Power to hire or recommend.

8    Power.

9         Q    And when he said he didn't have a place

10   for you, you believed that was because of race?

11        A    Yes.

12        Q    What made you believe that he wasn't going

13   to hire you because of race?

14        A    I know J.J. Dillon and been knowing him

15   for years when he tried to wrestle and couldn't, and

16   had differences, differences with him then.

17        Q    When was that?

18        A    Oh, that goes back, goes way back, '70s,

19   '80s, way back.

20        Q    So he was a professional wrestler at some

21   point in time a long time ago?

22        A    Yes, yes.

23             MS. ROTHENBERG:  Are we that old that '70s

24   and '80s is a long time ago?

25             MR. RICHARDSON:  '70s is 30 years ago.

1          A     And promoter.

2          Q     And promoter?

3          A     Uh-huh.

4          Q     That's right, we talked about.  You may

5    have answered this before, and if you did, I apologize,

6    but do you know who made the decision at WCW about who

7    to use as a promoter for developmental talent?

8          A     No, sure don't.

9          Q     Anything else?  Anything else WCW denied

10   you on the basis of race?  Any other positions?

11         A     WCW -- no, not WCW, no.

12         Q     Let's talk about -- we've talked about

13   race.  Now let's talk a little bit about age

14   discrimination.

15         A     Okay.  What paragraph you in?

16         Q     Let's look at Paragraph 50 on Page 16.

17         A     Bouncing back, huh?  I thought you was

18   going forward, trying to get through with this.

19         Q     I did the race first, now I'm going to try

20   and see what we've got on age.

21         A     Okay.

22         Q     That one was your conversation with Eric

23   Bischoff in '95?

24         A     Uh-huh.

25         Q     "Eric Bischoff told plaintiff that he was

1    too old to work for defendants and that defendants did

2    not need any more people working as managers."

3         A    Uh-huh.

4         Q    When he told you that, did you believe

5    then that you were being discriminated against because

6    of your age?

7         A    And racial, both of them, age, racial,

8    yeah.

9         Q    Both?

10        A    Yes.

11        Q    Now, why do you think -- well, I won't --

12        A    Because he told me.

13        Q    Because he told you you were too old.

14   Now, when you had the conversation with J.J. Dillon in

15   late '99 or early 2000, did he say anything about your

16   age in that conversation?

17        A    J.J. Dillon said in a sarcastic, sarcastic

18   way that the things that -- he there, in the midst of

19   the stuff, but saying that -- and his ability wasn't

20   nowhere near mine, and he's saying that back in the

21   '70s and '80s, "We don't do it like that no more."  I

22   mean, any and everything that you deal with, progress

23   and grow.  Everything that you deal with got older

24   people some way in the mix, especially in the

25   management or decision, just like he is.  The only

1    reason he said what he said had to be racial, knowing

2    him.

3         Q     So in that phone call, you believe that

4    that was -- that phone call with J.J. Dillon, you

5    believe that was racial, not age?

6         A     Yes.

7               MS. ROTHENBERG:  Asked and answered

8    several times.

9               THE WITNESS:  Bischoff was the age man.

10        Q     (By Mr. Richardson)  Did anyone else,

11   other than Eric Bischoff at WCW, do or say anything to

12   you that you believe was age discrimination?

13        A     Couldn't get to nobody else.

14        Q     Other than the conversation that you had

15   with Eric Bischoff in '95, was there any other contact

16   that you had with Eric Bischoff where you believe you

17   were discriminated against by him because of your age?

18        A     No.  Couldn't get to him no more.

19   Wouldn't return no messages.  But he -- they put back

20   the older people when -- when -- at one point in time

21   they was -- that Crockett and them come -- when the

22   Crocketts come on the scene, they start talking about

23   the young lions, the younger guys, and they ran it in

24   the ground.  The territory went caputs, and then they

25   started bringing back the Ric Flairs and the older

Page 113

```
 1    individuals.  They brought Ole back in there, you know,

 2    Koloff, older fellows.

 3         Q    And this was after 1995?

 4         A    That time.

 5         Q    They started about that time?

 6         A    Yes.  You know, Dusty never did leave the

 7    scene.  Went to the commentating, went to the --

 8         Q    Those folks that were being brought back,

 9    many of them were people who were about your age?

10         A    Yes, yes, or close, or come up during that

11    time, same time.

12         Q    And you believe that it was Eric Bischoff

13    that made the decision to bring those folks back?

14         A    Did what?  I don't know who made that

15    decision.  The word was Turner took over then, Turner

16    was taking over.

17         Q    When was that that the word was that

18    Turner was taking over?

19         A    Getting rid of the last part of it.

20         Q    I'm sorry, I don't know what you mean by

21    "getting rid of the last part of it."

22         A    All the breakdowns.  You know about all

23    the breakdowns that they have, the changes from one

24    person to the next one, and then the next one come back

25    and this one go out, then they -- the changes.
```

Page 125

1    they would pay me the same as Vince McMahon is paying

2    Rock, if it was fair, and push -- he capitalize on the

3    downfall of this organization of using a black man --

4    or a man of color, not totally black, man of color.  I

5    mean, Thunderbolt Patterson marketing.

6         Q     Also, in terms of damages, you are also

7    seeking damages in this lawsuit for emotional distress;

8    is that correct?

9         A     Well, you can clearly see that there's

10   some -- I mean, and rightfully so.

11        Q     You've told me some of that, but you would

12   confirm for me that you are seeking damages for your

13   emotional distress?

14        A     I would love to be paid for everything.  I

15   would love for one time in my life with the wrestling

16   organization to be treated equally and fair, just one

17   time.

18        Q     And you've already spoken some about the

19   emotional distress that you have suffered.  Is there

20   other emotional distress that you've suffered other

21   than what you've already testified to?

22        A     Ain't that enough?  Isn't what we talked

23   about enough?

24        Q     Have you ever seen a doctor about your

25   emotional distress?



# EXHIBIT / ATTACHMENT

## 3

(To be scanned in place of tab)

Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2               ATLANTA DIVISION

3  Walker v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No.  100-CV-0367-CC
4  Onoo v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0368-CC
5  Norris v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0369-CC
6  Easterling v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-1715-CC
7  Davis v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1716-CC
8  Worthen v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1717-C
9  Speight v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1718-CC
10  Saengsiphan v. World Championship Wrestling, Inc. and
    Turner Sports, Inc., Civ. File No. 1:00-CV-1719-CC
11  Reeves v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1720-CC
12  Patterson v. World Championship Wrestling, Inc., Turner
    Sports, Inc. and Turner Entertainment Group, Inc.,
13  Civ. File No. 1:01-CV-1152-CC

14

            DEPOSITION OF VINCENT J. RUSSO
15               JANUARY 7, 2002
                10:15 A.M.
16

17

18

19

20

21

22

23

24

25       CERTIFIED COURT REPORTERS
  The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
                  404-237-1990
                  800-317-5773

Page 15

1       A       I'm talking about 2000 that I -- I was on

2    the shelf.

3       Q       Okay.  All right.  You know, it may be a

4    good thing for us to try and put together some sort of

5    time line of --

6       A       Okay.

7       Q       -- what you -- sort of your periods of

8    active work with WCW.  You were first hired by WCW

9    when?

10      A       Actually hired October 3.  I started

11   October 10 of 1999.  Should I just go on or just wait

12   until you finish writing it?

13      Q       Let me -- let me write it down here,

14   otherwise --

15      A       Okay.

16      Q       -- I'll forget it.

17      A       Okay.

18      Q       So you started working, and you were hired

19   as what?

20      A       As a creative director, which was just

21   the -- the scripting of the television shows.

22      Q       Is that also effectively the head booker?

23      A       If you want to call it that.

24      Q       Okay.  Or the head of the booking

25   committee?

Page 48

1    BY MR. ICHTER:

2         Q    Mr. Russo, after you signed your contract

3    with WCW to become the creative director, did you ever

4    again have any contact with Dr. Shiller?

5         A    No.

6         Q    Did you under -- what did you understand

7    his purpose in attending the Sunday meeting was?

8         A    To try to convince me to sign a contract.

9         Q    Andy Velkoff, you identified him as being

10   at the Sunday meeting and as the person who drafted a

11   contract for you, correct?

12        A    Yes.

13        Q    He's a lawyer?

14        A    Yes.

15        Q    Do you know who he was employed by?

16        A    WCW.

17        Q    Okay.  So he was on staff at WCW?

18        A    Yes.

19        Q    Okay.  During the time that you were with

20   WCW, did you have any day-to-day contact with

21   Turner Sports or employees of Turner Sports?

22        A    I -- I'm not sure because I don't know if

23   technical people that were working for WCW were

24   employees of Turner Sports; you know, producers,

25   directors, cameramen, et cetera.  I don't know if they

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLAUDE PATTERSON,                        )
                                         )
                    Plaintiff,           )
                                         )    CIVIL ACTION FILE
v.                                       )
                                         )    NO. 1:01-CV-1152-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., TURNER              )
ENTERTAINMENT GROUP, INC., and           )
TURNER BROADCASTING SYSTEM, INC.,        )
                                         )
                    Defendants.          )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this **APPENDIX OF DEPOSITION EXCERPTS** upon the interested parties by hand delivery to:

Cary Ichter
Kelly Jean Beard
Charles Gernazian
Michelle M. Rothenberg-Williams
MEADOWS, ICHTER AND BOWERS, P.C.
Fourteen Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA  30305

This 30th day of January, 2003.

Evan H. Pontz
TROUTMAN SANDERS LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000